## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAMON LOA-MEJIA, <br><br> Defendant. | Case No. MJ17-499 <br><br> **DETENTION ORDER** |

The Court, having conducted a first appearance hearing and then accepting a Rule 5 waiver from the Defendant addressed the issue of detention pursuant to Title 18 U.S.C. § 3142(f). The Defendant stipulated to detention so long as he is afforded the opportunity for a detention hearing in Texas. This order for detention shall be revisited upon the Defendant's return to Texas so that more up to date information can be made available to the Court and so that the Defendant has an opportunity to confer with his attorney and present updated information to the Court.

Notwithstanding a future order from the Southern District of Texas, this Order is based upon the factual findings and statement of reasons for detention hereafter set forth below, finds that no condition or combination of conditions which the defendant can meet will reasonably

DETENTION ORDER - 1

assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant has been charged by Petition for Warrant or Summons for Offender Under Supervision with two violations alleged: 1) Mandatory Condition that he shall not illegally possess a controlled substance and shall refrain from any unlawful use of a controlled substance, and 2) Special Condition he shall participate as directed in a drug/alcohol treatment program. The supervision violation comes out of the Southern District of Texas (McAllen) Defendant has prior criminal convictions for felony offenses. The Court received information about defendant's personal history, residence, family or community ties, employment history, financial status, health, and substance use from the March 11, 2011 presentence report but no current information was provided. The defendant through his attorney made no argument as to release, lodged no objections to the contents of the United States Probation and Pretrial report, and stipulated to detention so long as the Defendant receives his detention hearing in the Southern District of Texas (McAllen).

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined

shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding and transfer to another district; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 30th day of November, 2017.

PAULA L. MCCANDLIS
United States Magistrate Judge

DETENTION ORDER - 3